IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | |
|---|---|
| CINDY BARBER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN FUJI SEAL, INC. )<br>)<br>)<br>)<br>Defendant. ) | CIVIL ACTION NO. 3:21-cv-497-CRS |

## NOTICE OF REMOVAL

***** ***** *****

Pursuant to 28 U.S.C. §§ 1441 and 1446, *et seq.*, Defendant, American Fuji Seal, Inc. ("Fuji Seal," "Company," or "Defendant"), by counsel, hereby files this Notice to remove an action pending against it in Nelson Circuit Court, to the United States District Court for the Western District of Kentucky, Louisville Division. In support of this removal, the Defendant states as follows:

## Background

1. Plaintiff, Cindy Barber ("Plaintiff"), filed this action on July 13, 2021 in Nelson Circuit Court, said action being designated Civil Action No. 21-CI-00327 (the "State Court Action").

2. Plaintiff, a current employee of Fuji Seal, seeks damages in connection with Fuji Seal's alleged failure to promote her to certain positions within the Company. A copy of the Civil Summons and Complaint were served on Fuji Seal's agent for service of process on July 13, 2021. A true and accurate copy of the Civil Summons and Complaint in the State Court Action are

attached hereto as Exhibit A.  The Complaint was the initial pleading setting forth the claim for relief upon which this civil action is based, and no other proceedings have occurred in the State Court Action.

3. Pursuant to 28 U.S.C. § 1446(b)(2)(A), Defendant has been properly served and consents to removal in this Notice of Removal.

### Federal Question Jurisdiction

4. Plaintiff's Complaint alleges causes of action against the Defendant for alleged violations of the Americans with Disabilities Act ("ADA"), as amended, 42 U.S.C. § 12101, *et seq.*; and the Kentucky Civil Rights Act ("KCRA"), KRS Chapter 344.

5. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's ADA claims because they arise under federal law.  Thus, these claims are removable to this Court under 28 U.S.C. § 1441(a).

6. Plaintiff's KCRA claims are removable pursuant to 28 U.S.C. § 1441(c).

### Venue

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Western District of Kentucky, Louisville Division, is the federal judicial district embracing the Circuit Court for Nelson County, Kentucky, in which the State Court Action was originally filed.

### Timely Filing

8. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days of July 13, 2021, the date on which Fuji Seal first received service of the Complaint in the State Court Action.

**Procedural Requirements**

9. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action are collectively attached to this Notice as Exhibit A.

10. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with the filing of this Notice of Removal, the Defendant filed in Nelson Circuit Court a Notice of Filing of Notice of Removal with a copy of this Notice of Removal attached thereto. Furthermore, the Defendant sent counsel for Plaintiff a copy of both this Notice of Removal and the Notice of Filing of Notice of Removal.

11. In filing this Notice, the Defendant does not waive any defenses available to it in this action.

12. This Notice of Removal has been verified by Paul E. Goatley, counsel for the Defendant herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, the Defendant removes this action from the Nelson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

*/s/ Paul E. Goatley*
Laurel K. Cornell
Paul E. Goatley
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Telephone: (502) 561-3990
Facsimile: (502) 561-3991
Email: lcornell@fisherphillips.com
       pgoatley@fisherphillips.com

COUNSEL FOR DEFENDANT,
AMERICAN FUJI SEAL, INC.

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August 2021, I electronically filed the foregoing *Notice of Removal* with the Clerk of Court using the CM/ECF system.  I further certify that on the same date a true and correct copy of the foregoing was served by electronic and U.S. Mail, postage prepaid, upon the following counsel of record:

Robyn Smith
Adam M. Johnson
4350 Brownsboro Road, Suite 110
Louisville, Kentucky  40207
Telephone: (502) 893-4569
Email:  firm@robynsmithlaw.com

Paul Hershberg
PAUL HERSHBERG LAW, PLLC
1161 East Broadway
Louisville, Kentucky  40204
Telephone: (502) 736-7040
Facsimile: (502) 736-7510
Email: paul@hershberglaw.com

COUNSEL FOR PLAINTIFF

/s/ Paul E. Goatley
COUNSEL FOR DEFENDANT,
AMERICAN FUJI SEAL, INC.